UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME STEVEN RISBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA HAWLEY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-06734-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to 23-cv-4842 JSW.

**IT IS SO ORDERED.**

Dated: March 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge